No. 295. ROSA FALCO, REPRESENTING HER MINOR CHILD, MANUEL ADOALDO TIBERIO CATINCHI Y FALCO, APPELLANT, *v.* THE SUCCESSION OF SALVADOR SUAU MULET, COMPOSED OF HIS WIDOW, MARIA HERNANDEZ RODRIGUEZ ET AL.  Appeal from the Supreme Court of Porto Rico.  Argued for the appellees and submitted for the appellant March 16, 1916.  Decided March 20, 1916.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of § 244, Judicial Code, *Elzaburu v. Chaves*, 239 U. S. 283, 285; *Gsell v. Insular Collector*, 239 U. S. 93.

*Mr. Jose R. F. Savage* for the appellant. *Mr. Edward S. Paine* for the appellees.